Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAVID RAMIREZ JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:23-CR-00033-NODJ-BAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE FROM HOME DETENTION TO CURFEW** |
| vs. | |
| DAVID RAMIREZ JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that subsection (p) of Mr. Ramirez's conditions of release be modified to read as follows:

> **CURFEW**: You must remain inside your residence every day from 10:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

The recommendation to modify Mr. Ramirez's conditions from home detention to curfew has been made by Pretrial Services Officer Margarita Zepeda. The government is in agreement with the proposed modification. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: March 6, 2024                                Respectfully Submitted,

                                                    /s/ Serita Rios
                                                    _____
                                                    **SERITA RIOS**
                                                    Attorney for Defendant


Dated: March 6, 2024                                Respectfully Submitted,

                                                    /s/ Antonio Pataca
                                                    _____
                                                    **ANTONIO PATACA**
                                                    Assistant United States Attorney


# [PROPOSED] ORDER

Good cause appearing, subsection (p) of defendant, DAVID RAMIREZ JR.'s, conditions of release shall be modified as stated above. All other conditions remain in full force and effect.

**IT IS SO ORDERED.**


Dated: March     , 2024
                                                    _____
                                                    **Barbara A. McAuliffe**
                                                    United States Magistrate Judge