1  Serita Rios, SBN# 246568
   Law Office of Serita Rios
2  P.O. Box 688
   Fresno, CA 93712-688
3  Telephone (559) 224-1800
   Facsimile (559) 224-1806
4  serita@seritarioslaw.com

5

6  Attorney for Defendant DAVID RAMIREZ JR.

7

8

9  UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11

12 THE UNITED STATES OF AMERICA,        ) Case No. 1:23-CR-00033-NODJ-BAM
                                        )
13                      Plaintiff,      ) **STIPULATION AND ORDER TO**
          vs.                           ) **MODIFY CONDITIONS OF PRETRIAL**
14                                      ) **RELEASE FROM HOME DETENTION**
   DAVID RAMIREZ JR.,                   ) **TO CURFEW**
15                                      )
                        Defendant.      )
16 _____)

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, that subsection (p) of Mr. Ramirez's conditions of release be modified to read

19 as follows:

20       **CURFEW**: You must remain inside your residence every day
         from 10:00 p.m. to 5:00 a.m., or as adjusted by the pretrial
21       services officer for medical, religious services, employment
         or court-ordered obligations.
22

23       The recommendation to modify Mr. Ramirez's conditions from home detention

24 to curfew has been made by Pretrial Services Officer Margarita Zepeda. The

25 government is in agreement with the proposed modification. All other terms and

26 conditions of pretrial release will remain in full force and effect.

27

28

Dated: March 6, 2024 Respectfully Submitted,

/s/ Serita Rios

**SERITA RIOS**
Attorney for Defendant

Dated: March 6, 2024 Respectfully Submitted,

/s/ Antonio Pataca

**ANTONIO PATACA**
Assistant United States Attorney

### ORDER

Good cause appearing, subsection (p) of defendant, DAVID RAMIREZ JR.'s, conditions of release shall be modified as stated above. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 7, 2024**           /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE