Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAVID RAMIREZ JR.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:23-CR-00033-NODJ-BAM |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| DAVID RAMIREZ JR., | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, DAVID RAMIREZ JR., having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Serita Rios, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: March 6, 2024                    Respectfully Submitted,

/s/ David Ramirez, Jr.

**DAVID RAMIREZ, JR.**
Defendant
(Original Signature will be retained on file.)

Dated: March 6, 2024                    Respectfully Submitted,

/s/ Serita Rios

**SERITA RIOS**
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order. IT IS SO ORDERED.

Dated:   **March 11, 2024**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE