Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAVID RAMIREZ JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:23-CR-00033-NODJ-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE LOCATION MONITORING** |
| vs. | |
| DAVID RAMIREZ JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that subsection (p) of Mr. Ramirez's conditions of release (requiring location monitoring) be eliminated.

The recommendation to modify Mr. Ramirez's conditions to remove location monitoring has been made by Pretrial Services Officer Margarita Zepeda. The government is in agreement with this proposed modification. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: July 1, 2024                               Respectfully Submitted,

                                                  */s/ Serita Rios*
                                                  ―――――――――――――――
                                                  **SERITA RIOS**
                                                  Attorney for Defendant

Dated: July 1, 2024          Respectfully Submitted,

  /s/ Antonio Pataca

**ANTONIO PATACA**
Assistant United States Attorney

### ORDER

Good cause appearing, subsection (p) of defendant, DAVID RAMIREZ JR.'s, conditions of release shall be removed. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **July 1, 2024**

UNITED STATES MAGISTRATE JUDGE