Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAVID RAMIREZ JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID RAMIREZ JR.,<br><br>　　　　　　　　　Defendant. | Case No. 1:23-CR-00033-NODJ-BAM<br><br>**STIPULATION AND ORDER TO<br>MODIFY CONDITIONS<br>OF PRETRIAL RELEASE** |

　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that subsection (C) of Mr. Ramirez's conditions of release be modified as follows:

　　　"You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;"

　　　The recommendation to modify Mr. Ramirez's conditions has been made by Pretrial Services Officer Margarita Zepeda. The government is in agreement with this proposed modification. All other terms and conditions of pretrial release will remain

in full force and effect.

Dated: October 28, 2024      Respectfully Submitted,

                                             */s/ Serita Rios*

                                     **SERITA RIOS**
                                     Attorney for Defendant

Dated: October 28, 2024      Respectfully Submitted,

                                             */s/ Antonio Pataca*

                                     **ANTONIO PATACA**
                                     Assistant United States Attorney

## ORDER

Good cause appearing, subsection (C) of defendant, DAVID RAMIREZ JR.'s, conditions of release shall be modified as stated in this stipulation. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 28, 2024**                        /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE