MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00033-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION SETTING CHANGE OF PLEA HEARING; AND ORDER |
| v. | |
| DAVID RAMIREZ JR., | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial on September 30, 2025.

2. By this stipulation, defendant now moves to vacate the trial as to him only, set a change of plea hearing on July 28, 2025. Time has already been excluded up to and including September 30, 2025.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: March 30, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: March 30, 2025

/s/ Serita Rios
SERITA RIOS
Counsel for Defendant
David Ramirez Jr.

## ORDER

IT IS SO ORDERED that the jury trial set for September 30, 2025, trial confirmation set for September 15, 2025, and status conference set for April 23, 2025, are vacated. A change of plea hearing is set for **July 28, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time was previously excluded through September 30, 2025.

IT IS SO ORDERED.

Dated: **April 1, 2025**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2