Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAVID RAMIREZ, JR.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>DAVID RAMIREZ, JR.,<br><br>       Defendant. | Case No. 1:23-CR-00033-TLN-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE; ORDER**<br><br>Date: November 17, 2025<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

  This matter is set for sentencing on November 17, 2025. The parties now move, by stipulation, to continue the sentencing hearing to January 12, 2026, at 9:30 a.m.. Serita Rios, defense counsel for Mr. Ramirez, will be out of the country during the first two weeks of November and has requested additional time to prepare for objections and sentencing.

  IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for November 17, 2025, be continued to January 12, 2026. The parties agree that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE

-1-

IT IS FURTHER STIPULATED that the Presentence Investigation Schedule be modified as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 12, 2026 |
| Reply or Statement of Non-Opposition: | January 5, 2026 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 29, 2025 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | December 22, 2025 |
| Informal Objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | December 15, 2026 |

**IT IS SO STIPULATED.**

Dated: October 17, 2025

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: October 17, 2025

*/s/ Antonio Pataca*
_____
**Antonio Pataca**
Assistant U.S. Attorney

## ORDER

**IT IS SO FOUND AND ORDERED.**

Dated: October 17, 2025

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE

-2-