ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:23-CR-00033-TLN-BAM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| DAVID RAMIREZ, JR., and JOSHUA GONZALES, | |
| Defendants. | |

Based upon the plea agreements entered into between the United States of America and defendants David Ramirez, Jr. and Joshua Gonzales, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendants David Ramirez, Jr.'s and Joshua Gonzales' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. DJI Inspire II, Unmanned Aircraft System, serial number 0A0LFBF10700BT;
   b. DJI Mavic Pro, Unmanned Aircraft System, serial number 08RDDCN00103W9;
   c. DJI Mavic Pro Platinum, Unmanned Aircraft System, serial number 08RDG81P010027;
   d. DJI Inspire 2, Unmanned Aircraft System, serial number 0A0LEAH00600H4;
   e. DJI Inspire 2, Unmanned Aircraft System, serial number 0A0LH3E0080064;
   f. DJI Mavic Pro Platinum, Unmanned Aircraft System, serial number 08QDE4K01203D1;
   g. DJI Mavic Pro Platinum, Unmanned Aircraft System, serial number 08QCG6DP125979;
   h. DJI Mavic Pro Platinum, Unmanned Aircraft System, serial number 8Q3GBBPOSY008;

      i. DJI Inspire 2, Unmanned Aircraft System, serial number 0A0LF9D10700D3;
      j. DJI Mavic Pro, Unmanned Aircraft System, serial number 08Q3HA8P0SX306;
      k. DJI Mavic Pro, Unmanned Aircraft System, serial number not available;
      l. DJI Mavic Pro, Unmanned Aircraft System, serial number 08Q3G5LP01L010;
      m. DJI Mavic Pro, Unmanned Aircraft System, serial number 08QDE1L012015P;
      n. DJI Mavic Pro, Unmanned Aircraft System, Model M1P, serial number 08QDE2D022R;
      o. DJI Mavic Pro Platinum, Unmanned Aircraft System, Model M1X, serial number 08QCG8XR1A08GW;
      p. DJI Mavic Pro Platinum, Unmanned Aircraft System, Model M1X, serial number 08Q3G7RP01U207; and
      q. All drone-related equipment including, but not limited to, batteries, chargers, remote controls, and SD cards.

2. The above-listed assets constitute property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.   a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

///
///
///
///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 8th day of December, 2025.

_____
Troy L. Nunley
Chief United States District Judge